1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  POTTER LAW OFFICES
   1125 Shadow Lane
3  Las Vegas, Nevada 89102
   Tel: (702) 385-1954
4  Fax: (702) 385-9081
   cpotter@potterlawoffices.com
5  *Attorney for Plaintiff*

6              **UNITED STATES DISTRICT COURT**

7               **FOR THE DISTRICT OF NEVADA**

8  HELENE LESTER,
                                          CASE NO.: 2:10-cv-00531-RCJ-PAL
9         Plaintiff.

10 v.

11 LAS VEGAS METROPOLITAN
   POLICE DEPARTMENT, a Political
12 Subdivision of the STATE OF NEVADA;
   POLICE OFFICER B. RODENIS, #9080,
13 individually and as a Police Officer
   employed by the LAS VEGAS METROPOLITAN
14 POLICE DEPARTMENT; POLICE OFFICER
   JOHN DOES I-X, and JOHN DOES I-XX,
15 inclusive,

16        Defendants.
                                          /
17
                    **ORDER TO AMEND COMPLAINT**
18
        Upon the request of counsel for the parties herein and good cause appearing therefore;
19
        IT IS HEREBY ORDERED that Plaintiff may file the First Amended Complaint attached
20
   to the Stipulation and Order that was filed on June 1, 2010.
21
        DATED this  14  day of July, 2010.
22
                                          _____
23                                        Gloria M. Navarro
   Respectfully Submitted by:             United States District Judge
24 POTTER LAW OFFICES

25 By /s/ Cal J. Potter, III, Esq.
   CAL J. POTTER, III, ESQ.
26 Nevada Bar No. 1988
   POTTER LAW OFFICES
27 1125 Shadow Lane
   Las Vegas, Nevada 89102
28 *Attorneys for Plaintiff*