1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  JOHN C. FUNK, ESQ.
   Nevada Bar No. 9255
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada 89102
   Tel:  (702) 385-1954
5  Fax: (702) 385-9081
   cpotter@potterlawoffices.com
6  *Attorney for Plaintiff*

7              **UNITED STATES DISTRICT COURT**

8              **FOR THE DISTRICT OF NEVADA**
                          • • • • •
9

10  HELENE LESTER,                          CASE NO.:  2:10-cv-00531-RCJ-PAL

            Plaintiff.
11
    v.
12
    LAS VEGAS METROPOLITAN
13  POLICE DEPARTMENT, a Political
    Subdivision of the STATE OF NEVADA;
14  POLICE OFFICER B. ROBERTS, #9080,
    individually and as a Police Officer
15  employed by the LAS VEGAS METROPOLITAN
    POLICE DEPARTMENT; POLICE OFFICER
16  JOHN DOES I-X, and JOHN DOES I-XX,
    inclusive,
17
            Defendants.
18  _____/

19       **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE**

20           **PLAINTIFF'S OPPOSITIONS TO DEFENDANTS'**

21              **MOTIONS FOR SUMMARY JUDGMENT**

22                      **(Second Request)**

23          COMES NOW, Plaintiff and Defendants, acting by and through counsel, and stipulate that

24  the scheduled date of Plaintiff's Oppositions to Defendants' Motions for Summary Judgment filed

25  on February 28, 2011, previously extended from March 24, 2011 to Friday, April 15, 2011 be

26  extended an additional five (5) days up to and including Wednesday, April 20, 2011.  Furthermore,

27  Defendants request nine (9) days in addition to the standard ten (10) to complete their Reply to said

28  Oppositions, which would make them due Monday, May 9, 2011.

    ///

The reason for such request being that John Funk, Esq., Plaintiff's counsel, recently had a death in his family and will require additional time to complete the Oppositions, which are voluminous in nature.  In order to allow Plaintiff's counsel adequate time to travel this weekend, Plaintiff's counsel kindly requests and additional five (5) days up to and including Wednesday, April 20, 2011 to respond to Defendants' Motions for Summary Judgment.

The current deadlines are as follows:

|  | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Plaintiff's Oppositions | 04/15/2011 | 04/20/2011 |
| Replies | 04/30/2011 | 05/09/2011 |

WHEREFORE, the parties respectfully request that the court extend the scheduled dates as set forth above.

DATED this 15th day of April, 2011.        DATED this 15th day of April, 2011.

POTTER LAW OFFICES                          FOX ROTHSCHILD


By   /s/ John C. Funk, Esq.                 By   /s/ Lyssa S. Anderson, Esq.
CAL J. POTTER, III, ESQ.                    LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 1988                         Nevada Bar No. 5781
JOHN C. FUNK, ESQ.                          3800 Howard Hughes Parkway, Suite 500
Nevada Bar No. 9255                         Las Vegas, NV 89169
1125 Shadow Lane                            *Attorney for Defendants*
Las Vegas, Nevada  89102
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED** this 18th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

2