# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN LESTER,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 2:10-cv-00531-GMN-GWF<br><br>**ORDER** |

On August 19, 2011, the parties advised the Court by letter that they had reached a settlement and would get the settlement documents completed and filed within the week. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **October 3, 2011** advising the Court of the status of the settlement.

DATED this 21st day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge