# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN LESTER, ) | |
|     Plaintiff, ) | Case No. 2:10-cv-00531-GMN-GWF |
| vs. ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE ) DEPARTMENT, *et al.*, ) | |
|     Defendants. ) | |

On August 19, 2011, the parties advised the Court by letter that they had reached a settlement and would get the settlement documents completed and filed within the week. A Joint Status Report (#53) was filed October 3, 2011, again advising the Court the parties had reached a settlement and Plaintiff anticipated finalizing the settlement papers within 30 dates. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **November 18, 2011** advising the Court of the status of the settlement.

DATED this 7th day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge