## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HELEN LESTER,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:10-cv-00531-GMN-GWF

**ORDER**

On August 19, 2011, the parties advised the Court by letter that they had reached a settlement and would get the settlement documents completed and filed within the week.  A Joint Status Report (#53) was filed October 3, 2011, again advising the Court the parties had reached a settlement and Plaintiff anticipated finalizing the settlement papers within 30 dates.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report  by **November 18, 2011** advising the Court of the status of the settlement.

DATED this 7th day of November,  2011.

                                                                               GEORGE FOLEY, JR.
                                                                               United States Magistrate Judge