# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN LESTER,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 2:10-cv-00531-GMN-GWF<br><br>**ORDER** |

On August 19, 2011, the parties advised the Court by letter that they had reached a settlement and would get the settlement documents completed and filed within the week.  A Joint Status Report (#53) was filed October 3, 2011, again advising the Court the parties had reached a settlement and Plaintiff anticipated finalizing the settlement papers within 30 dates.  The Joint Status Report (#55) filed November 18, 2011, advised the Court the parties anticipated having the Stipulation and Order for Dismissal and Release exchanged for the settlement draft on or about November 21, 2011.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report  by **January 3, 2012** advising the Court of the status of the settlement.

DATED this 21st day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge