1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  FOX ROTHSCHILD, LLP
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, Nevada 89169
   Telephone: (702) 262-6899
4  Facsimile: (702) 597-5503
   landerson@foxrothschild.com
5  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department*
6  *and Officer Bradley Roberts*

7

                UNITED STATES DISTRICT COURT
8
                     DISTRICT OF NEVADA
9

10 HELENE LESTER,                              Case No.: 2:10-CV-00531-GMN-GWF

11              Plaintiff,
          vs.                                  STIPULATION AND ORDER FOR
12                                             DISMISSAL WITH PREJUDICE
   LAS VEGAS METROPOLITAN POLICE
13 DEPARTMENT, a Political Subdivision of the
   STATE OF NEVADA; POLICE OFFICER B.
14 ROBERTS, #9080, individually and as a Police
   Officer employed by the LAS VEGAS
15 METROPOLITAN POLICE DEPARTMENT;
   POLICE OFFICER JOHN DOES I-X, and JOHN
16 DOES I-XX, inclusive.

17              Defendants.

18       Defendants, Las Vegas Metropolitan Police Department and Officer Bradley Roberts, and

19 Plaintiff, Helene Lester, by and through their attorneys of record, hereby STIPULATE and

20 AGREE that the above-captioned action be dismissed with prejudice, each party to bear their

21

22

23

24

VG1 98322v1 08/31/11                                                              Page 1 of 2

own attorneys' fees and costs.

DATED this 11th day of January, 2012.

| FOX ROTHSCHILD LLP | POTTER LAW OFFICES |
|---|---|
| By: /s/ Lyssa S. Anderson | By: /s/ Cal J. Potter III |
| LYSSA S. ANDERSON | CAL J. POTTER III |
| 3800 Howard Hughes Pkwy. #500 | 1125 Shadow Lane |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89102 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Las Vegas Metropolitan Police* | |
| *Department and Officer Bradley Roberts* | |

## ORDER

Pursuant to the Stipulation between Plaintiff, Helene Lester, and Defendants, Las Vegas Metropolitan Police Department and Officer Bradley Roberts, it is hereby

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**DATED** this 17th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge