LYSSA S. ANDERSON
Nevada Bar No. 5781
FOX ROTHSCHILD, LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
landerson@foxrothschild.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Officer Bradley Roberts*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELENE LESTER,<br><br>               Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; POLICE OFFICER B. ROBERTS, #9080, individually and as a Police Officer employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; POLICE OFFICER JOHN DOES I-X, and JOHN DOES I-XX, inclusive,<br><br>               Defendants. | Case No.: 2:10-CV-00531-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Defendants, Las Vegas Metropolitan Police Department and Officer Bradley Roberts, and Plaintiff, Helene Lester, by and through their attorneys of record, hereby STIPULATE and AGREE that the above-captioned action be dismissed with prejudice, each party to bear their

own attorneys' fees and costs.

DATED this 11th day of January, 2012.

| FOX ROTHSCHILD LLP | POTTER LAW OFFICES |
|---|---|
| By: _____ | By: _____ |
| LYSSA S. ANDERSON | CAL J. POTTER III |
| 3800 Howard Hughes Pkwy. #500 | 1125 Shadow Lane |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89102 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Las Vegas Metropolitan Police* | |
| *Department and Officer Bradley Roberts* | |

## ORDER

Pursuant to the Stipulation between Plaintiff, Helene Lester, and Defendants, Las Vegas Metropolitan Police Department and Officer Bradley Roberts, it is hereby

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**DATED** this 17th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge